```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 13915
   ROBERT A MIKA
   LETITIA A MIKA                           CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-6004      SSN XXX-XX-3353


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/13/2005 and was confirmed 06/06/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

     The case was paid in full 04/18/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                               PAID            PAID
--------------------------------------------------------------------------
ABN AMRO                     CURRENT MORTG       .00             .00             .00
LASALLE BANK                 CURRENT MORTG       .00             .00             .00
AMERICAN EXPRESS TRAVEL      UNSECURED       4933.88             .00          986.78
ECAST SETTLEMENT CORP        UNSECURED       8403.23             .00         1680.65
ECAST SETTLEMENT CORP        UNSECURED       8636.29             .00         1727.26
RESURGENT CAPITAL SERVIC     UNSECURED       4263.18             .00          852.64
ECAST SETTLEMENT CORP        UNSECURED       2851.94             .00          570.39
CAPITAL ONE BANK             UNSECURED      NOT FILED            .00             .00
SMC                          UNSECURED       3043.63             .00          608.73
DINERS CLUB                  UNSECURED      NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC     UNSECURED       3250.49             .00          650.10
ECAST SETTLEMENT CORP        UNSECURED       5604.55             .00         1120.91
GMAC PAYMENT PROCESSING      NOTICE ONLY    NOT FILED            .00             .00
ECAST SETTLEMENT CORP        UNSECURED       8078.69             .00         1615.74
NORDSTROM FSB                UNSECURED        731.31             .00          146.26
RESURGENT ACQUISITION LL     UNSECURED       4759.58             .00          951.92
SAMS CLUB                    UNSECURED      NOT FILED            .00             .00
SEARS PAYMENT CENTER         UNSECURED      NOT FILED            .00             .00
RESURGENT ACQUISITION LL     UNSECURED       3365.71             .00          673.14
STATE FARM BANK              UNSECURED      11922.39             .00         2384.48
US DEPT OF EDUCATION         UNSECURED      12548.63             .00         2509.73
WORLD FINANCIAL NETWORK      UNSECURED        808.49             .00          161.70
WORLD FINANCIAL NETWORK      UNSECURED       1756.59             .00          351.32
GENERAL MOTORS ACCEPTANC     SECURED            .00              .00             .00
GENERAL MOTORS ACCEPTANC     NOTICE ONLY    NOT FILED            .00             .00
US DEPT OF EDUCATION         UNSECURED      11307.26             .00         2261.45
BANK OF AMERICA NA           UNSECURED      NOT FILED            .00             .00
ECAST SETTLEMENT CORP        UNSECURED        342.59             .00           68.52
ASSET ACCEPTANCE CORP        UNSECURED       3643.89             .00          728.78
KELLEHER & BUCKLEY LLC       DEBTOR ATTY    1,194.00                        1,194.00
TOM VAUGHN                   TRUSTEE                                        1,355.58
DEBTOR REFUND                REFUND                                           229.60

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 13915 ROBERT A MIKA & LETITIA A MIKA
```

```
      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                  22,829.68

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                        20,050.50
ADMINISTRATIVE                                    1,194.00
TRUSTEE COMPENSATION                              1,355.58
DEBTOR REFUND                                       229.60
                       ---------------       ---------------
TOTALS                   22,829.68               22,829.68
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


   Dated: 07/28/08                /s/ Tom Vaughn
                                  _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE